UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81772-CIV-ZLOCH

DAVID POSCHMANN,

        Plaintiff,

v.

PARK AVENUE BBQ & GRILL OF
TEQUESTA, INC.

        Defendant.
_____/

### STIPULATION OF DISMISSAL

The parties stipulate and agree that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 23d day of February, 2016

| | |
|---|---|
| s/Drew Levitt | s/Gary A. Isaacs |
| Drew Levitt, Esq. | Gary A. Isaacs, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 602633 |
| DML2@bellsouth.net | gai@fcohenlaw.com |
| Lee D. Sarkin, Esq. | Of Counsel for Cohen, Norris, Wolmer et al. |
| Florida Bar No. 962848 | 712 U.S. Highway One, Suite 400 |
| lsarkin@aol.com | North Palm Beach, Florida 33408 |
| 4700 N.W. Boca Raton Boulevard | Telephone (561) 844-3600 |
| Suite 302 | Facsimile (561) 842-4104 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Facsimile (561) 994-0837 | |
| Attorneys for Plaintiff | |