```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 15-81772-CIV-ZLOCH
```

DAVID POSCHMANN,

        Plaintiff,               **FINAL ORDER OF DISMISSAL**

vs.

PARK AVENUE BBQ & GRILL OF
TEQUESTA, INC.,

        Defendant.

_____/Dif

    THIS MATTER is before the Court upon the Stipulation Of Dismissal (DE 9), filed herein by both Parties.  The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation Of Dismissal (DE 9), filed herein by both Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     25th     day of February, 2016.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

All Counsel of Record